FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JAN 2 0 2026

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

SHERRI JEFFERSON

    Plaintiff,

v.                      Civil Action No.: 1:22-CV-01883-MHC

THE STATE BAR OF GEORGIA, SHARON L. BRYANT,

SARAH B. COOLE, WILLIAM COBB,

PATRICK LONGAN, ANTHONY ASKEW, ET AL

    Defedants.

## MOTION TO REOPEN

NOW COMES, Sherri Jefferson plaintiff in the above-styled case and hereby files this Motion to Reopen the above-styled case which was closed on July 26, 2022. On the side of caution, the Motion to Vaccate and Set Aside is filed effective December 31, 2025 under the 11th Circuit Court of Appeals decision of July 2025 in the Marsha Mignott ruling. This action is also pending before this Court. Therefore, to ensure that the Motion is properly before this Court, Plaintiff hereby seeks to reopen the case and proceed accordingly.

This 15th day of January 2026

/s/ Sherri Jefferson

SHERRI JEFFERSON

249 Derby Drive

Riverdale, Georgia 30274

Mailing Address

## CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2026 a true and correct copy of this document was filed with the Court and mailed to all attorneys via Email including Attorney of Record Robert Goldstucker and Patrick Arndt as follows:

Robert Goldstucker and Patrick Arndt
Nall and Miller
235 Peachtree Street, NE
Suite 1500
Atlanta, GA 30303

This 15th day of January 2026

/s/ Sherri Jefferson

SHERRI JEFFERSON

249 Derby Drive

Riverdale, Georgia 30274

Mailing Address